UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUTHER McCASKILL,

        Petitioner,

vs.

        Case No. 13-12946
        Appeal No. 13-2178
        HON. GEORGE CARAM STEEH

J.A. TERRIS,

        Respondent.
_____/

**CORRECTED ORDER GRANTING MOTION TO WAIVE FILING
FEE [DOC. 10] AND STRIKING PREVIOUS ORDER DENYING MOTION [DOC. 11]**

      This case originated as a Habeas Corpus action filed by petitioner Luther McCaskill, who is currently a prisoner at the Federal Correctional Institution in Milan, Michigan. On August 23, 2013, petitioner filed a notice of appeal from the denial of his motion for reconsideration by the court dated August 13, 2013. On September 25, 2013, petitioner filed a motion to waive filing fee for his appeal along with a financial affidavit in support of his motion. On September 30, 2013 this court errantly entered an order denying petitioner's motion to waive filing fee as moot. Now, therefore,

      IT IS HEREBY ORDERED that the court's order denying motion to waive filing fee [doc. 11] is STRICKEN.

      IT IS HEREBY FURTHER ORDERED that petitioner's motion to waive filing fee is GRANTED.

Dated: October 7, 2013

                s/George Caram Steeh
                GEORGE CARAM STEEH
                UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on October 7, 2013, by electronic and/or ordinary mail and also on Luther McCaskill #20529-039, Milan Federal Correctional Institution, Inmate Mail/Parcels, P.O. Box 1000 Milan, MI 48160.

s/Barbara Radke
Deputy Clerk